## LIVINGSTON, Respondent, v. PHELPS, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Charles Livingston against Clarence Phelps.
No opinion. Order affirmed, with $10 costs and disbursements. Pickert v.
Bunkey, 65 Hun, 623, 21 N. Y. Supp. 477, and cases there cited.

## McCARTHY v. THOUSAND ISLAND PARK ASS'N.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Charles McCarthy against the Thousand Island Park Association.
No opinion. Motion for leave to appeal to the court of appeals denied. See
25 N. Y. Supp. ——, mem.

## MARTIN, Respondent, v. MANUFACTURERS' ACCIDENT INDEMNITY CO., Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Eliza A. Martin against the Manufacturers' Accident Indemnity Company.
No opinion. Judgment and order affirmed, with costs. For former reports,
see 15 N. Y. Supp. 309; 20 N. Y. Supp. 302.

## MERCANTILE NAT. BANK OF HARTFORD, Respondent, v. JENKINS, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by the Mercantile National Bank of Hartford, Conn., against Rebecca
C. Jenkins.
No opinion. Order reversed, with $10 costs and disbursements. See section
1676, Code Civil Proc.

## In re MOSHEIR, Justice of the Peace.

(Supreme Court, General Term, Fourth Department. September 23, 1893.;

Application to remove Louis E. Moshier, a justice of the peace of the town of
Horseheads.
No opinion. Order to show cause, etc., granted.